B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Col-G Fitness, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-5063657** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Marcus Drive**<br>**Unit 2**<br>**Melville, NY**<br>ZIP Code **11747** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Col-G Fitness, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Col-G Fitness, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Andrew M. Thaler**
Signature of Attorney for Debtor(s)

**Andrew M. Thaler**
Printed Name of Attorney for Debtor(s)

**Thaler Law Firm PLLC**
Firm Name

**675 Old Country Road**
**Westbury, NY 11590**

Address

**Email: athaler@athalerlaw.com**
**(516) 279-6700  Fax: (516) 279-6722**
Telephone Number

**September 22, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Greeley**
Signature of Authorized Individual

**John Greeley**
Printed Name of Authorized Individual

**Owner**
Title of Authorized Individual

**September 22, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Col-G Fitness, Inc.**                                   Case No.
                                    Debtor(s)                    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **100 Marcus Associates**<br>**1895 Walt Whitman Rd**<br>**Suite 1**<br>**Melville, NY 11747** | **100 Marcus Associates**<br>**1895 Walt Whitman Rd**<br>**Suite 1**<br>**Melville, NY 11747** | **Rent** | | **123,952.34** |
| **Art Stone Theatrical**<br>**1795 Expressway Dr N**<br>**Hauppauge, NY 11788** | **Art Stone Theatrical**<br>**1795 Expressway Dr N**<br>**Hauppauge, NY 11788** | **Prior landlord - Rent** | | **10,500.00** |
| **Cap Barbell, Inc.**<br>**625 Rahway Avenue**<br>**Union, NJ 07083** | **Cap Barbell, Inc.**<br>**625 Rahway Avenue**<br>**Union, NJ 07083** | **Equipment Purchase** | | **11,139.14** |
| **CD Wellness, Inc.**<br>**& James King**<br>**570 Franklin Avenue**<br>**Massapequa, NY 11758** | **CD Wellness, Inc.**<br>**& James King**<br>**570 Franklin Avenue**<br>**Massapequa, NY 11758** | **Equipment Purchase** | | **8,500.00** |
| **Greenleaf Logistics LLC**<br>**505 Park Avenue**<br>**New York, NY 10022** | **Greenleaf Logistics LLC**<br>**505 Park Avenue**<br>**New York, NY 10022** | **Freight** | | **14,075.00** |
| **Internal Revenue Service**<br>**1180 Veterans Memorial Highway**<br>**Attn:  Erik Steinbach**<br>**Hauppauge, NY 11788-4457** | **Internal Revenue Service**<br>**1180 Veterans Memorial Highway**<br>**Hauppauge, NY 11788-4457** | **Federal tax**<br>**12/31/13 - 12/31/14** | | **347,034.56** |
| **InXpress**<br>**290 Gerzevskel Lane**<br>**Sandy, UT 84070** | **InXpress**<br>**290 Gerzevskel Lane**<br>**Sandy, UT 84070** | **Freight** | | **20,560.09** |
| **Janet Greeley**<br>**43 Robert Circle**<br>**Syosset, NY 11791** | **Janet Greeley**<br>**43 Robert Circle**<br>**Syosset, NY 11791** | **Loan** | | **146,425.00** |
| **John Joyce**<br>**c/o Mike Poidomani**<br>**42 Rosemary Road**<br>**North Attleboro, MA 02760** | **John Joyce**<br>**c/o Mike Poidomani**<br>**42 Rosemary Road**<br>**North Attleboro, MA 02760** | **Equipment Purchase** | | **32,000.00** |
| **KAC Fitness Equipment Inc**<br>**P.O. Box 1034**<br>**Melville, NY 11747** | **KAC Fitness Equipment Inc**<br>**P.O. Box 1034**<br>**Melville, NY 11747** | **Loan** | | **43,083.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Col-G Fitness, Inc.** _____   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Meabed Firm<br>c/o Mohamed Elgouhary<br>5 Madina El Monawara St.<br>Mohandsin, EG | Meabed Firm<br>c/o Mohamed Elgouhary<br>5 Madina El Monawara St.<br>Mohandsin, EG | Equipment refund | | 14,000.00 |
| Mid-City Gym<br>& Tanning LLC<br>244 West 49th Street<br>New York, NY 10019 | Mid-City Gym<br>& Tanning LLC<br>244 West 49th Street<br>New York, NY 10019 | Equipment Purchase | | 9,500.00 |
| NYS Dept of Taxation<br>& Finance; Collections &<br>Civil Enforcement Div.<br>W A Harriman Campus<br>Albany, NY 12227-0171 | NYS Dept of Taxation<br>& Finance; Collections &<br>Civil Enforcement Div.<br>Albany, NY 12227-0171 | Withholdings 3rd Quarter 2015 | | 53,954.89 |
| NYS Unemployment Ins.<br>State Office Bldg Campus<br>Bldg 12 - Room 256<br>Albany, NY 12240 | NYS Unemployment Ins.<br>State Office Bldg Campus<br>Bldg 12 - Room 256<br>Albany, NY 12240 | Unemployment insurance | | 33,765.45 |
| Penske Truck Leasing<br>Co., L.P. a Delaware<br>Limited Partnership<br>P.O. Box 563<br>Reading, PA 19603-0563 | Penske Truck Leasing<br>Co., L.P. a Delaware<br>Limited Partnership<br>Reading, PA 19603-0563 | 2015 Freightliner M2 - 26000 GVW SADC (Lease) | | 97,032.00<br><br>(0.00 secured) |
| PSEG Long Island<br>P.O. Box 9039<br>Hicksville, NY 11802 | PSEG Long Island<br>P.O. Box 9039<br>Hicksville, NY 11802 | Utility | | 13,209.51 |
| TD Bank<br>1701<br>Marlton Pike E<br>Cherry Hill, NJ 08034 | TD Bank<br>1701<br>Marlton Pike E<br>Cherry Hill, NJ 08034 | Overdraft | | 8,134.17 |
| Worldwide Express<br>333 Cedar Avenue<br>Bldg B - Ste 7<br>Middlesex, NJ 08846 | Worldwide Express<br>333 Cedar Avenue<br>Bldg B - Ste 7<br>Middlesex, NJ 08846 | Freight | | 6,670.55 |
| XPO Global Logistics<br>P.O. Box 709030<br>Carol Stream, IL 60188 | XPO Global Logistics<br>P.O. Box 709030<br>Carol Stream, IL 60188 | Freight | | 12,936.00 |
| XPO Logistics, Inc.<br>13777 Ballantyne<br>Corp. Place<br>Charlotte, NC 28277 | XPO Logistics, Inc.<br>13777 Ballantyne<br>Corp. Place<br>Charlotte, NC 28277 | Freight | | 22,703.54 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Col-G Fitness, Inc.**                                                                                        Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 22, 2015**                              Signature  **/s/ John Greeley**

**John Greeley**
**Owner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Col-G Fitness, Inc.**                                                                                    Case No.
                                                    Debtor(s)                                                Chapter   **11**

# **VERIFICATION OF CREDITOR MATRIX**

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **September 22, 2015**                            **/s/ John Greeley**
                                                                        **John Greeley**/**Owner**
                                                                        Signer/Title

Date:   **September 22, 2015**                            **/s/ Andrew M. Thaler**
                                                                        Signature of Attorney
                                                                        **Andrew M. Thaler**
                                                                        **Thaler Law Firm PLLC**
                                                                        **675 Old Country Road**
                                                                        **Westbury, NY 11590**
                                                                        **(516) 279-6700   Fax: (516) 279-6722**

100 Marcus Associates
1895 Walt Whitman Rd
Suite 1
Melville, NY 11747


100 Marcus Associates
c/o Farrell Fritz, P.C.
50  Station Rd, Bldng One
Water Mill, NY 11976


100 Marcus Associates
1895 Marcus Associates
Suite 1
Melville, NY 11747


ADD GOOD GUY GUARANTY ON
LEASE BY JOHN GREELEY
ANY OTHERS?


All Check Cashing
350-15 E. Main Street
Patchogue, NY 11772


Archer A. Associates Inc.
1230 Hempstead Tpke
Franklin Square, NY 11010


Art Stone Theatrical
c/o Lazer, Aptheker, Rose
& Yedid, PC - Lisa Azzato
225 Old Country Road
Melville, NY 11747


Art Stone Theatrical
1795 Expressway Dr N
Hauppauge, NY 11788


Bank of America
100 N. Tryon Street
Charlotte, NC 28255


BlueGrace Logistics
Dept 108 - PO Box 4964
Houston, TX 77210

Cap Barbell, Inc.
625 Rahway Avenue
Union, NJ 07083


CD Wellness, Inc.
& James King
570 Franklin Avenue
Massapequa, NY 11758


CD Wellness, Inc.
& James King
c/o Hogan & Cassell, LLP
500 N Browadway-Ste 153
Jericho, NY 11753


Ethan Eneman
PO Box 330
Woodmere, NY 11557


Ethan Eneman
c/o Zelenitz, Shapiro
& D'Agostino, PC
138-44 Queens Blvd.
Briarwood, NY 11435


Global Tranz
P.O. Box 71730
Phoenix, AZ 85050


Greenleaf Logistics LLC
505 Park Avenue
New York, NY 10022


Int'l Freight Trans. Inc.
c/oRelin,Goldstein&Crane
28 East Main St., St 1800
Attn: Joseph M. Shur
Rochester, NY 14614


Int'l Freight Trans. Inc.
c/o Sheriff's Office
360 Yaphank Avenue-Ste 1A
Yaphank, NY 11980

```
Internal Revenue Service
1180 Veterans
Memorial Highway
Attn: Erik Steinbach
Hauppauge, NY 11788-4457


Internal Revenue Service
1161 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Freight
Transportation Inc.
88 South Avenue
Fanwood, NJ 07023


InXpress
290 Gerzevskel Lane
Sandy, UT 84070


InXpress c/o James-Bates
Brannan-Groover-LLP
3399 Peachtree Road NE
Suite 1700
Atlanta, GA 30326


Jamaica Ash
P.O. Box 833
Westbury, NY 11590


Janet Greeley
43 Robert Circle
Syosset, NY 11791


John Joyce
c/o Mike Poidomani
42 Rosemary Road
North Attleboro, MA 02760
```

JTS Freight Systems, LLC
140 East Ridgwood Avenue
Suite 415
South Tower
Paramus, NJ 07652


JTS Freight Systems, LLC
c/o Davis & Jones
209 W 2nd Street
Suite 322
Fort Worth, TX 76102


KAC Fitness Equipment Inc
P.O. Box 1034
Melville, NY 11747


Martin J. Racanelli
Real Estate (Landord)
1895 Walt Whitman Road
Melville, NY 11747


Meabed Firm
c/o Mohamed Elgouhary
5 Madina El Monawara St.
Mohandsin, EG


Mid-City Gym
& Tanning LLC
244 West 49th Street
New York, NY 10019


Moon Capital Management
499 Park Avenue
New York, NY 10022


MSC Industrial Supply Co.
Dept CH 0075
Palatine, IL 60055-0075


National Grid
P.O. Box 11791
Newark, NJ 07101

NGU Inc. dba Champ. Arch.
Window c/o Weinberg
Gross & Pergament LLP
400 Garden City Plaza
Garden City, NY 11530


NGU Inc. dba Champion
Architectural Window
& Door
11-11 43rd Road
Long Island City, NY 11101


NYC Dept of Finance
Parking Violations
Church Street Station
New York, NY 10008-3600


NYS Dept of Taxation
& Finance; Collections &
Civil Enforcement Div.
W A Harriman Campus
Albany, NY 12227-0171


NYS Dept of Taxation
& Finance Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Dept. of Taxation
and Finance, Bankruptcy
Unit-TCD Bld.8, Room 455
W.A. Harriman St. Campus
Albany, NY 12227


NYS Unemployment Ins.
State Office Bldg Campus
Bldg 12 - Room 256
Albany, NY 12240


Pay-O-Matic Check Cashing
Loss Prevention Dept.
166-30 Jamaica Avenue
2nd Floor
Jamaica, NY 11432

PayPal
2211 North First Street
San Jose, CA 95131


Penske Truck Leasing
Co., L.P. a Delaware
Limited Partnership
P.O. Box 563
Reading, PA 19603-0563


Penske Truck Leasing
Route 10 Green Hills
P.O. Box 563
Reading, PA 19603


PLS Financial Svcs Inc.
1 S Wacker Drive
Chicago, IL 60606


PSEG Long Island
P.O. Box 9039
Hicksville, NY 11802


Reliable Voice & Data
Systems, Inc.
366 East Meadow Ave.
East Meadow, NY 11554


Reliable Voice & Data
Systems, Inc. c/o
Atwell Curtis & Brooks
204 Stonehinge Lane
Carle Place, NY 11514-0363


Ronald Genovese
27 Carmel Way
Eatontown, NJ 07724


S.A.A. Logistics Inc. c/o
Fred M. Ainsley,Jr. PC
527 Townline Road
Suite 302
Hauppauge, NY 11788

S.A.A. Logistics, Inc.
527 Townline Rd - St 301
Hauppauge, NY 11788


State of New York
Office of the Attorney
General
120 Broadway
New York, NY 10271


TD Bank
1701
Marlton Pike E
Cherry Hill, NJ 08034


U.S. Dept. of Treasury
Debt Management Svcs
PO Box 979101
Saint Louis, MO 63197-9000


Unishippers
1025 Old Country Road
Suite 308
Westbury, NY 11590


United States Attorney
Attn: Chief of Bankruptcy
Litigation, 1 Pierrepont
Plaza, 14th floor
Brooklyn, NY 11201


United States Attorney's
Office, Eastern District
of New York
610 Federal Plaza, 5th Fl
Central Islip, NY 11722-4454


United States of America
Secretary of Treasury
15th St.
Pennsylvania Ave.
Washington, DC 20220


UPS
PO Box 7247-0244
Philadelphia, PA 19170

```
UPS
c/o R.M.S.
P.O. Box 20543
Lehigh Valley, PA 18002


Wellness One Fitness
564 Cedar Road #16
Chesapeake, VA 23322


World Gym of Setauket
384 Mark Tree Road
Setauket, NY 11733


Worldwide Cargo
Services, Inc.
2 Johnson Road
Lawrence, NY 11559


Worldwide Express
333 Cedar Avenue
Bldg B - Ste 7
Middlesex, NJ 08846


Worldwide Express
c/o Morgan Philips
1651 N. Collins Blvd.
Ste 140
Richardson, TX 75080


XPO Global Logistics
P.O. Box 709030
Carol Stream, IL 60188


XPO Global Logistics
c/o Altus GTS Inc.
PO Box 1389
Kenner, LA 70063


XPO Logistics, Inc.
13777 Ballantyne
Corp. Place
Charlotte, NC 28277
```

# United States Bankruptcy Court
### Eastern District of New York

In re  **Col-G Fitness, Inc.**  
                                Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Col-G Fitness, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 22, 2015**  
Date

**/s/ Andrew M. Thaler**  
**Andrew M. Thaler**  
Signature of Attorney or Litigant  
Counsel for   **Col-G Fitness, Inc.**  
**Thaler Law Firm PLLC**  
**675 Old Country Road**  
**Westbury, NY 11590**  
**(516) 279-6700 Fax:(516) 279-6722**  
**athaler@athalerlaw.com**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Col-G Fitness, Inc.     **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Andrew M. Thaler**
**Andrew M. Thaler**
Signature of Debtor's Attorney
**Thaler Law Firm PLLC**
**675 Old Country Road**
**Westbury, NY 11590**
**(516) 279-6700 Fax:(516) 279-6722**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.